UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TERRY HURLEY,

        Plaintiff,

    v.

EMERALD QUEEN CASINO,

        Defendant.

CASE NO. 3:21-cv-05473-MJP

ORDER TO SHOW CAUSE

The District Court has referred plaintiff's *in forma pauperis* ("IFP") motion to the undersigned. *See* Dkt. 1.

Plaintiff has not completed the "Declaration and Application to Proceed In Forma Pauperis" in a manner that allows the Court to determine whether he qualifies financially to proceed IFP. The only information that plaintiff provides to the Court is his monthly salary—and it is unclear whether his monthly salary is $1,500 or $15,000. Dkt. 1, at 1. Moreover, plaintiff has not filled out the rest of the form, including indicating other money he has received over the last year, amounts of cash on hand or in his bank accounts, other assets, and his monthly

expenses. Without this information, the Court cannot determine whether plaintiff qualifies financially to proceed IFP.

The Court also observes that plaintiff's proposed complaint lists only plaintiff's address and the name of the defendant and includes no information about plaintiff's allegations. The proposed complaint also does not include plaintiff's date of signature, which is improper. Dkt. 1-1, at 6. Plaintiff has essentially submitted a blank copy of this Court's form complaint for a civil case. Such a complaint would be subject to dismissal, even if plaintiff paid the $402 filing fee or obtained permission to proceed IFP and a waiver of the filing fee.

Therefore, the Court declines to rule or issue a report and recommendation on the IFP motion at present. Instead, the Court grants plaintiff until **August 6, 2021**, to file an amended IFP application and to provide the Court with an amended proposed complaint that explains the basis for plaintiff's claims against defendant and that is signed and properly dated. The amended proposed complaint should be complete in itself and should not rely on other documents to set forth the allegations of this lawsuit.

Failure to comply with this show cause order will result in dismissal of this matter without prejudice for failure to comply with a Court order.

The Clerk's Office shall note plaintiff's IFP motion (Dkt. 1) for consideration on August 6, 2021; shall update the docket to reflect that the response to this Order is due on or before August 6, 2021; and shall send a copy of this Order, the form for seeking permission to proceed IFP in a civil case, and the civil complaint form for non-incarcerated plaintiffs to plaintiff.

Dated this 6th day of July, 2021.


_____
J. Richard Creatura
Chief United States Magistrate Judge