UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERRY HURLEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EMERALD QUEEN CASINO,<br><br>　　　　Defendant. | CASE NO. 3:21-cv-05473-MJP<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, Chief United States Magistrate Judge, and the relevant record, does hereby find and ORDER: the Court adopts the Report and Recommendation and dismisses the matter without prejudice for failure to comply with a Court order. All pending motions are denied as moot, and the Clerk shall send copies of this Order to plaintiff and to Judge Creatura.

　　　　Dated September 20, 2021.

　　　　　　　　　　　　　　　　　　　　　　　Marsha J. Pechman
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1